UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CONCORD HILL CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation, | NO. |
| Plaintiff, | COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10, | JURY DEMAND |
| Defendants. | |

The Concord Hill Condominium Association  (the "Association") alleges as follows:

## I.      INTRODUCTION

1.1      This is an action for declaratory judgment, breach of contract, bad faith violations, Consumer Protection Act ("CPA") violations, and money damages seeking:

(A)      A declaration of the rights, duties and liabilities of the parties with respect to certain controverted issues under Defendant Allstate Insurance Company ("Allstate") insurance policies issued to the Association. The Association is seeking a ruling that the Allstate policies provide coverage for hidden damage at the Concord Hill Condominiums and that Allstate is liable for money damages for the cost of repairing hidden damage at the Concord Hill Condominiums.

(B)      Damages for breach of contract, bad faith, and violations of the CPA against Allstate.

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

(C)      Attorneys' fees and costs (including expert witness fees) against Allstate.

(D)      Any other relief the Court deems just and equitable.

## II.      PARTIES AND INSURANCE CONTRACTS

2.1      <u>The Association</u>. The Association is a nonprofit corporation organized under the laws of the state of Washington with its principal place of business located in Bellevue, Washington. The Association has the duty to maintain the common elements and any limited common elements of the Concord Hill Condominiums. The Concord Hill Condominiums consists of nine (9) residential buildings constructed in approximately 1982 containing sixty-four (64) units located in Bellevue, Washington. The exterior cladding consists of vinyl horizontal lap and vertical vinyl panel siding installed over asphalt impregnated building paper and a combination of plywood and asphalt faced fiberboard sheathing.

2.2      <u>Allstate</u>.  Allstate is an Illinois domiciled insurer with its principal place of business in Illinois. Allstate sold and issued property insurance policies to the Association including Policy No. 050993012 (in effect from at least 09/11/1984 to 12/21/1991). The Allstate policies identify the Concord Hill Condominiums as covered property.

2.3      <u>Doe Insurance Companies 1–10</u>.  Doe Insurance Companies 1–10 are currently unidentified entities who, on information and belief, sold insurance policies to the Association that identify the Concord Hill Condominiums as covered property.

2.4      <u>Concord Hill Insurers</u>.  Allstate and Doe Insurance Companies 1–10 shall be collectively referred to as the "Concord Hill Insurers."

2.5      <u>Concord Hill Policies</u>. The policies issued to the Association by the Concord Hill Insurers shall be collectively referred to as the "Concord Hill Policies."

## III.      JURISDICTION AND VENUE

3.1      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

3.2     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) as the Concord Hill Insurers marketed and sold insurance to the Association in King County; a substantial part of the events giving rise to the claim, including the breach of contract, occurred in King County; and the insured condominium building is located in King County.

## IV.     FACTS

4.1     Incorporation by Reference. The Association re-alleges the allegations of Paragraphs 1.1 through 3.2, above, as if fully set forth herein.

4.2     Tender to Allstate. In November 2020, Evolution Architecture ("Evolution") conducted a preliminary intrusive investigation at the Concord Hill Condominiums. During the preliminary intrusive investigation at the Concord Hill Condominiums, Evolution discovered hidden damage. On March 3, 2021, the Association tendered an insurance claim to Allstate for the hidden damage discovered during the November 2020 preliminary intrusive investigation at the Concord Hill Condominiums. As part of its claim tender, the Association asked Allstate to investigate for any other hidden damage that may exist at the Concord Hill Condominiums. The Association also requested that Allstate enter into a tolling agreement with the Association. Allstate entered into a tolling agreement with the Association effective the date of tender.

4.3     Joint Intrusive Investigation. On June 7–9, 2021, the Association, including Evolution, Allstate, including its experts at MKA International, Inc. ("MKA"), and the Association's other historical insurers and respective consultants conducted a joint intrusive investigation of the Concord Hill Condominiums. The joint intrusive investigation revealed system-wide damage to the exterior building components, including the sheathing and framing, at the Concord Hill Condominiums.

4.4     Evolution Findings Report. Based on the results of the joint intrusive investigation, Evolution prepared its Building Envelope Investigation Findings Report, dated July 23, 2021 ("Evolution Report"). As set forth in the Evolution Report, it is Evolution's opinion that water intrusion in the form of rainwater events, including wind-driven rain, is the primary cause of the

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

hidden water damage identified at the Concord Hill Condominiums. According to Evolution, the hidden damage at the Concord Hill Condominiums has occurred incrementally and progressively each year from 1982 to the present, and some new damage commenced during each of the Allstate policy periods. The cost to repair the hidden damage at the Concord Hill Condominiums is in excess of $1,000,000.00, well over the jurisdictional limit of $75,000.

4.5   <u>Allstate's Denial of the Association's Claim.</u> On June 7, 2022, Allstate unreasonably denied the Association's insurance claim.

**V.   FIRST CLAIM AGAINST THE CONCORD HILL INSURERS:**
**DECLARATORY RELIEF THAT THE CONCORD HILL POLICIES PROVIDE**
**COVERAGE**

5.1   The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 4.5, above, as if fully set forth herein.

5.2   The Association seeks declaratory relief from the Court in the form of determinations regarding the following disputed issues:

(A)   That the Concord Hill Policies cover the hidden damage to exterior building components, including the sheathing and framing, at the Concord Hill Condominiums.

(B)   No exclusions, conditions, or limitations bar coverage under the Concord Hill Policies.

(C)   That the loss or damage to the Concord Hill Condominiums was incremental and progressive. New damage commenced during each year of the Concord Hill Policies.

(D)   As a result, the Concord Hill Policies cover the cost of investigating and repairing the hidden damage at the Concord Hill Condominiums.

**VI.   SECOND CLAIM: AGAINST ALLSTATE FOR**
**BREACH OF CONTRACT**

6.1   The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 5.2, above, as if fully set forth herein.

6.2   Allstate has contractual duties under the terms of its policies to pay the cost of investigating and repairing the covered damage to the Concord Hill Condominiums.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

6.3     Allstate breached its contractual duties by wrongfully denying coverage on June 7, 2022, and by failing to pay the cost of repairing the covered damage to the Concord Hill Condominiums.

6.4     As a direct and proximate result of Allstate's breach of its contractual duties the Association has been damaged in an amount to be proven at trial.

6.5     As a direct and proximate result of Allstate's breach of its contractual duties, the Association has been forced to incur attorneys' fees, expert costs, investigation costs, and other expenses in order to prosecute this action, the sole purpose of which is to obtain the benefits of the Association's insurance contracts.

## VII.    THIRD CLAIM: AGAINST ALLSTATE FOR INSURANCE BAD FAITH

7.1     The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 6.5, above, as if fully set forth herein.

7.2     The business of insurance is one affected by the public interest, requiring that all persons be actuated by good faith, abstain from deception, and practice honesty and equity in all insurance matters. RCW 48.01.030. An insurer has a duty to act in good faith. This duty requires an insurer to deal fairly with its insured. The insurer must give equal consideration to its insured's interests and its own interests and must not engage in any action that demonstrates a greater concern for its own financial interests than its insured's financial risk. An insurer who does not deal fairly with its insured, or who does not give equal consideration to its insured's interests, fails to act in good faith.

7.3     The duty of good faith requires an insurer to conduct a reasonable investigation before refusing to pay a claim submitted by its insured. An insurer must also have a reasonable justification before refusing to pay a claim. An insurer who refuses to pay a claim, without conducting a reasonable investigation or without having a reasonable justification, fails to act in good faith.

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

7.4     Allstate had a duty to investigate, evaluate, and decide the Association's claim in good faith. Allstate breached its duty by unreasonably investigating, evaluating, and/or denying the claim by, among other things: (1) failing to acknowledge that weather conditions such as rain or wind-driven rain were one of the causes of the hidden damage at the Concord Hill Condominiums; (2) failing to acknowledge that weather conditions, such as rain and wind-driven rain, are covered causes of loss under the Allstate policies when the policies issued to the Association expressly provide coverage for damage caused by or resulting from rain; (3) in asserting that its inadequate construction exclusion applies, failing to acknowledge that there is coverage under the Allstate policies for the concurrent combination of rain and inadequate construction; (4) failing to acknowledge that there is coverage under the resulting loss clause in the Allstate policies; and (5) failing to define terms in the Allstate policies pursuant to the plain meaning of the terms.

7.5     In addition, Allstate ignores case law in the Western District of Washington that is directly contrary to the coverage positions taken by Allstate by, among other things, refusing to follow the decision in *Greenlake Condo. Ass'n v. Allstate Ins. Co.*, No. C14-1860 BJR, 2015 U.S. Dist. LEXIS 184729 (W.D. Wash. Dec. 23, 2015), which ruled that the Allstate Customizer policy covers: (1) wind-driven rain; (2) repeated leakage of water; (3) damage to exterior wall sheathing and framing caused by a combination of rain and inadequate construction; and (4) water damage resulting from inadequate construction or maintenance. Allstate's self-serving denial does not comport with Washington law or the plain meaning of its own policy language and put Allstate's financial interests ahead of the Association's to the Association's detriment.

7.6     A violation, if any, of one or more of the Washington claims handling standards set forth below is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract. Allstate's conduct violated Washington claims handling standards:

- Which require it to fully disclose all pertinent coverages.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 6

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

- Which prohibit misrepresentations regarding relevant facts (e.g. the cause of damages) or coverage.

- Which prohibit the practice of refusing to pay claims without conducting a reasonable investigation.

- Which require Allstate to provide a reasonable explanation of the relevant facts, law, and policy language and how its policy language supported a denial of the Association's claim.

- Which require Allstate to adopt and implement reasonable standards for the prompt investigation of claims.

7.7     Allstate's actions and omissions, including but not limited to its denial of coverage, were unreasonable, unfounded, and frivolous under the circumstances and constitute a breach of Allstate's duty of good faith. As a direct and proximate result of these breaches, the Association has been damaged in an amount to be proven at trial.

## VIII.   FOURTH CLAIM: AGAINST ALLSTATE FOR VIOLATIONS OF THE CONSUMER PROTECTION ACT

8.1     The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 7.7, above, as if fully set forth herein.

8.2     Violations of Washington Administrative Code ("WAC") claims handling standards are per se CPA violations. On information and belief, Allstate's conduct was deceptive, impacted the public, and had the capacity to deceive. The Association is a consumer. As a direct and proximate result of Allstate's violations, the Association has been damaged in an amount to be proven at trial. Under the CPA, the Association is entitled to damages, CPA penalties of up to $25,000 per violation, and attorneys' fees.

## IX.     PRAYER FOR RELIEF

WHEREFORE, the Association prays for judgment as follows:

9.1     <u>Declaratory Judgment Regarding Coverage</u>. A declaratory judgment that the Concord Hill Policies provide coverage as described herein.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 7

9.2    <u>Money Damages.</u>  For money damages in an amount to be proven at trial.

9.3    <u>Attorneys' Fees and Costs of Suit.</u>  For reasonable attorneys' fees and costs (including expert fees). *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991), and RCW 48.30.015.

9.4    <u>CPA Penalties.</u>  For CPA penalties against Allstate of up to $25,000 per violation.

9.5    <u>Other Relief.</u>  For such other and further relief as the Court deems just and equitable.

## X.    DEMAND FOR JURY TRIAL

10.1    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial by jury in this action of all issues so triable.

Dated the 20th day of July, 2022.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel J. Stein*
*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 8

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660