THE HONORABLE LAUREN KING
Trial Date: 11/13/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CONCORD HILL CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10, <br><br> Defendants. | No. 2:22-cv-01005-LK <br><br> STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL <br><br> NOTE ON MOTION CALENDAR: 01/13/23 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 13th day of January, 2023.

By  s/Alfred E. Donohue
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1   DATED this 13th day of January, 2023.

2

3   By  s/Jerry H. Stein
    By  s/Daniel J. Stein
4   By  s/Justin D. Sudweeks
    By  s/Jessica R. Burns
5       Jerry H. Stein, WSBA No. 27721
6       Daniel J. Stein, WSBA No. 48739
        Justin D. Sudweeks, WSBA No. 28755
7       Jessica R. Burns, WSBA No. 49852
8       Stein, Sudweeks & Stein
        16400 Southcenter Parkway, Suite 410
9       Tukwila, WA 98188
        Phone: 206-388-0660
10      Fax: 206-286-2660
11      Email: JStein@condodefects.com
               dstein@condodefects.com
12             justin@condodefects.com
               jessica@condodefects.com
13      Of Attorneys for Plaintiff

14

15

16  IT IS SO ORDERED.

17  DATED this ___ day of _____, 2023.

18

19
    _____
20  THE HONORABLE LAUREN KING
    UNITED STATE DISTRICT JUDGE
21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:22-cv-01005-LK) – 2
ys/AED6513.145/4323579X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273